11923. SORRELLS *v.* SOUTHERN STATES PORTLAND CEMENT CO.

LUKE, J. The plaintiff, in recommencing his suit which had been previously nonsuited, failed to comply either with section 5625 of the Civil Code (1910) as to payment of costs, or with section 5626, his affidavit in forma pauperis failing to state that "he is advised that he has good cause for recommencing his suit." It was not error for the court to dismiss the petition on demurrer.

      *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

                    DECIDED JANUARY 28, 1921.

Action for damages; from city court of Polk county — Judge Nunnally presiding. October 8, 1920.

*Max Meyerhardt,* for plaintiff.

*E. S. Ault,* for defendant.